1  KAREN P. HEWITT
   United States Attorney
2  JOHN N. PARMLEY
   Assistant U.S. Attorney
3  California State Bar No. 178885
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6198

6  Attorneys for Plaintiff
   United States of America

                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA

   UNITED STATES OF AMERICA        )   Case No. 09cr0374-JM
                                   )
              Plaintiff,           )
                                   )   GOVERNMENT'S MOTION AND
         v.                        )   ORDER TO UNSEAL INDICTMENT
                                   )
   DAVID RIVAS (1),                )
         aka Espanto,              )
   SORINA CONTRERAS (2),           )
         aka Rema,                 )
                                   )
              Defendants.          )
   _____ )

   COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and John N. Parmley, Assistant United States Attorney, and hereby moves this Court for an order unsealing the Indictment previously filed in the above-referenced matter on February 5, 2009.

   DATED: 2/13/09.

                                       Respectfully submitted,

                                       KAREN P. HEWITT
                                       United States Attorney

                                       JOHN N. PARMLEY
                                       Assistant U.S. Attorney

                          O R D E R

   IT IS SO ORDERED.
   DATED: 2/13/2009

                                       _____
                                       UNITED STATES MAGISTRATE JUDGE