UNSEALED 2/13/09 nah

AO 442

~~SECRET~~   NOT FOR PUBLIC VIEW

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
09 MAR 26 AM 10:27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___

#1636825

UNITED STATES OF AMERICA
v.
SORINA CONTRERAS (2)
aka Rema

**WARRANT FOR ARREST**

CASE NUMBER: 09cr0374-JM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   SORINA CONTRERAS aka Rema
_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

DATE: 2/13/09
ARRESTED BY: FBI

18 USC 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm
18 USC 2 - Aiding and Abetting
18 USC 922(d) and 924(a)(2) - Sale of Firearm to a Prohibited Person

GEORGE W. VENABLES
U.S. MARSHAL, S/CA
BY: Maria

RECEIVED 2009 FEB 13 A 11:43 US MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title   See Above   United States Code, Section(s) _____

| | |
|---|---|
| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Deputy /s/ K. HAMMERLY | 2/5/2009 San Diego, CA |
| | Date and Location |

Bail fixed at $  NO BAIL   by   The Honorable Jan M. Adler
                                  Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

SW CAS# 4-75 "Operation Keys to the City"   (OCDETF)  5212
FBI                AUSA Michael Crowley