FILED
JUN 11 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09CR0374-JM |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | (Superseding) |
| SORINA ANDRADE, | ) | Title 18, U.S.C, Sec. 922(a)(1)(A) and 924(a)(1)(D) and 2- Dealing in Firearms Without a License, Aiding and Abetting |
| Defendant. | ) | |

The United States Attorney charges:

On or about November 3, 2008, within the Southern District of California, defendant SORINA ANDRADE, aka Rema, did knowingly and intentionally engage in the business of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code, to wit, a 7.62 x 39 caliber Yugoslavian model SKS rifle, serial no. 252236;

all in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D) and 2.

DATED: 6/11/09      .

KAREN P. HEWITT
United States Attorney

JOHN N. PARMLEY
Assistant U.S. Attorney