UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                           )<br>              Plaintiff,   )<br>v.                         )<br>                           )<br>SORINA ANDRADE (2),        )<br>                           )<br>              Defendants.  )<br>_____) | Criminal Case No. 09cr374-02 JM<br><br>ORDER ACCEPTING GUILTY PLEA |

    No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Battaglia are adopted and this Court accepts defendant's PLEA OF GUILTY to count 1 of the Superceding Information filed June 11, 2009.

DATED: July 1, 2009

                                                        Hon. Jeffrey T. Miller
                                                        United States District Judge